Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Dana Toliver

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DANA TOLIVER, | Case No.: 12-4537 AGR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: October 24, 2012

_alicia G. Rosenberg_
_____
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: October 24, 2012          Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING
                                        /s/ Brian C. Shapiro
3                             BY:_____
                                  Brian C. Shapiro
4                                 Attorney for plaintiff Dana Toliver

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 12-4537 RGK AGR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 24, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff
_____